UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNEHAL LAXMANBHAI PARMAR, | NO. 2:20-cv-00276-RAJ-MAT |
| Petitioner, | |
| v. | ORDER GRANTING STIPULATED MOTION TO DISMISS AND LIFTING STAY ORDER |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

This matter is before the Court on the parties' stipulated motion to dismiss and lift the Court's order staying removal. Dkt. # 5. The Court hereby ORDERS:

1. Ms. Parmar's habeas petition is **DISMISSED** without prejudice;

2. This Court's temporary stay of Ms. Parmar's removal (Dkt. # 3) is lifted; and

3. All parties shall bear their own attorney fees and costs.

DATED this 23rd day of March, 2020.

The Honorable Richard A. Jones
United States District Judge